## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | DOCKET NO.: 25-cr-10191-PBS |
| | ) | |
| | ) | |
| RAJU SHARMA | ) | |

## ASSENTED-TO MOTION TO MODIFY CONDITIONS TO ADJUST CURFEW AND ALLOW TRAVEL

The defendant, Raju Sharma, hereby moves this Honorable Court to modify his conditions of release, including his curfew, as follows:

1. To allow him to leave his home at 6:15 AM on July 23, July 24, August 6, and August 7, 2026 for cataract surgery on both eyes and necessary follow up appointments.

2. To allow him to travel to Canton, Ohio from September 4, 2026 through September 8, 2026 to attend a wedding for a family friend and to have all curfew restrictions removed during that time.

Counsel has conferred with the government and probation, and they both assent to this motion.

Respectfully Submitted,
RAJU SHARMA,
By His Attorney,

/s/ Jane F. Peachy
Jane F. Peachy, B.B.O. # 661394
Peachy Hackett & Sunderland LLP
88 Broad Street, Suite 101
Boston, MA 02110
(617) 302-8466
jpeachy@phsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 20, 2026.

/s Jane F. Peachy
Jane F. Peachy