UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25-cr-10191-PBS |
| | ) | |
| RAJU SHARMA, | ) | |
| | ) | |
| Defendant | ) | |

JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(b), counsel for the government and Raju Sharma ("Defendant") hereby submit the following joint interim status report. In light of the current posture of the case, with a motion hearing and trial date having been set by the district judge, the parties respectfully request that the Court waive the status conference scheduled for November 16, 2026, and refer the case to the district judge for further proceedings.

LR 116.5(b)(1)–(3) Status of Discovery

Defendant requested automatic discovery and the government made its initial automatic discovery production available to download as of June 4, 2026, and made supplemental discovery productions on June 16, 2026, August 21, 2026, September 8, 2026, September 17, 2026, and October 15, 2026.[1] In addition to the discovery uploaded to date, the parties have coordinated the delivery of two hard drives containing materials related to Medicare claims documentation and records and search warrants of email accounts. At this time, the government is not aware of any additional information required to be disclosed pursuant to Local Rule 116.1(c)(1). The

[1] The government additionally provided defense counsel with early discovery on March 19, 2026.

government recognizes its continuing duty to supplement all discovery and will provide Defendant's counsel with any additional information that becomes available. The government has made a request for reciprocal discovery from Defendant.

LR 116.5(b)(4) Protective Orders

Certain materials have been produced pursuant to the assented-to protective order so-ordered by the Court on March 20, 2026. (*See* ECF Nos. 112, 114.)

LR 116.5(b)(5) Pretrial Motions

The district judge has set the deadline for any such motions to be filed on or before November 9, 2026, and the government's responses to be filed on or before December 1, 2026. (ECF No. 181, 194, 195.)

LR 116.5(b)(6) Expert Witness Disclosures

The parties agree that the government's expert disclosure deadline is January 15, 2027, and Defendant's deadline is January 29, 2027.

LR 116.5(b)(7)

No defense of insanity, public authority, or alibi have been asserted.

L.R. 116.5(b)(8) Periods of Excludable Delay

This Court had previously excluded time through September 22, 2026. On September 15, 2026, the district judge excluded all time from that date through the March 1, 2027 trial date. (*See* ECF No. 181.).

L.R. 116.5(b)(9) Plea Discussions and Estimated Length of Trial

The parties have engaged in substantive plea discussions, but at this point, anticipate that a trial is likely. The estimated length of trial is approximately two weeks.

L.R. 116.5(b)(10) Further Interim Status Conference

In light of the current posture of the case, the parties respectfully request that the Court waive the currently-scheduled status conference and refer remaining proceedings to the district judge.

Respectfully submitted,

RAJU SHARMA
By his attorney,

*/s/ Jane F. Peachy*
JANE F. PEACHY
Peachy Hackett & Sunderland

LEAH B. FOLEY
United States Attorney

By: */s/ Colin T. Missett*
LAUREN A. GRABER
COLIN T. MISSETT
Assistant United States Attorneys

Dated: November 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the court's electronic-filing system (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Colin T. Missett*
Colin T. Missett